IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-90907 (CML) |
| | § | |
| **STRATEGIC MATERIALS, INC.**, *et al.*, | § | (Chapter 11) |
| | § | |
| Reorganized Debtors.[1] | § | (Jointly Administered) |
| | § | Related to Dkt. No. 187 |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE
DEBTORS' AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on January 10, 2024, the Honorable Christopher Lopez, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "***Court***"), entered the order [Docket No. 187] (the "***Confirmation Order***") confirming the *Debtors' Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 137] (as amended, modified, or supplemented, the "***Plan***").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **January 23, 2024**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan, as well as other documents filed in the Chapter 11 Cases, can be found on the docket of the Chapter 11 Cases and can also be downloaded free of charge from the website of the Debtors' noticing and claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/SMI.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order, and the provisions thereof, are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim against or Interest in the Debtors, and such Holder's respective successors, assigns, and designees,

---

[1] The Reorganized Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Strategic Materials, Inc. (7116); SMI Group Ultimate Holdings, Inc. (5043); SMI Topco Holdings, Inc. (6850); SMI Group Holdings, LLC (9607); SMI Group Acquisitions, Inc. (9072); Strategic Materials Holding Corp. (4439); American Specialty Glass, Inc. (0993); Container Recycling Alliance, LLC (7719); SMI Reflective Recycling NE HoldCo, LLC (3065); SMI Reflective Recycling HoldCo, LLC (3541); SMI Reflective Industries HoldCo, LLC (3374); SMI Equipment, Inc. (2735); SMI Nutmeg HoldCo, LLC (4526); SMI BevCon HoldCo, LLC (6158); Ripple Glass, LLC (1936); and NexCycle, Inc. (9109). The location of the Reorganized Debtors' U.S. corporate headquarters and the Reorganized Debtors' service address is: 17220 Katy Freeway, Ste. 150, Houston, TX 77094.

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Administrative Expense Claims shall be thirty (30) days after the Effective Date and the deadline for filing requests for payment of Professional Fee Claims shall be forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that from and after this date, if you wish to receive notice of filings in these Chapter 11 Cases you must request such notice with the clerk of the Court and serve a copy of such request for notice on counsel to the Reorganized Debtors. You must do this even if you filed such a notice prior to the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 23, 2024
Houston, Texas

*/s/  Paul E. Heath*

**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Matthew D. Struble (TX 24102544)
Trevor G. Spears (TX 24106681)
845 Texas Avenue, Suite 4700
Houston, TX 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
         mstruble@velaw.com
         tspears@velaw.com

-and-

David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
Steven Zundell (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel:  212.237.0000
Fax:  212.237.0100
Email: dmeyer@velaw.com
         jpeet@velaw.com
         szundell@velaw.com

*Co-Counsel to the Reorganized Debtors*

**WACHTELL, LIPTON, ROSEN & KATZ**
Joshua A. Feltman (admitted *pro hac vice*)
Benjamin S. Arfa (admitted *pro hac vice*)
Michael A. Chaia (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019
Tel: 212.403.1000
Fax: 212.403.2000
Email: JAFeltman@wlrk.com
         BSArfa@wlrk.com
         MAChaia@wlrk.com

*Co-Counsel to the Reorganized Debtors*

## **CERTIFICATE OF SERVICE**

I certify that on January 23, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Matthew D. Struble*
                                              One of Counsel